IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANGELA DENISE NAILS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:10cv826-MHT |
| | ) | (WO) |
| AMERICREDIT, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION and ORDER

This litigation is now before the court on the recommendation of the United States Magistrate Judge, entered on January 6, 2011, that this case be dismissed for lack of jurisdiction.  After a review of the recommendation, to which no timely objections have been filed, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.  Accordingly, it is ORDERED that the recommendation of the magistrate judge (doc. # 11) is adopted and that the motion to dismiss (doc. # 5) is granted.

An appropriate judgment will be entered.

Done this the 28th day of January, 2011.

/s/   Myron H. Thompson
UNITED STATES DISTRICT JUDGE